ANNIE HENSHER, complainant,

*v.*

LOUIS HENSHER, defendant.

[Decided November 3d, 1924.]

**Divorce—Maintenance—Grounds, for Abandonment Not Sufficient Under Our Statutes—Payment Now Made Seem Proper —Counsel Fee Allowed.**

On final hearing.

*Mr. Carroll Connolly,* for the complainant.

*Mr. David S. Forman,* for the defendant.

BUCHANAN, V. C.

The bill is for maintenance under the statute. The defendant's own testimony is that he left his wife and children and stopped supporting them, his reason therefor being that the wife continually (and unjustly) accused him of going out with other women. However irritating such conduct by the wife may have been to him, it does not, in this state, justify the husband in abandoning his wife, much less his children.

It appears that during the pendency of the suit the husband has been permitting the wife to collect the rents from properties owned by him, and paying (under the order of this court) $15 each week. So long as the wife is permitted to collect these rents, and so long as she pays therefrom the taxes, building loan, mortgage interest, insurance and other carry charges, the sum of $15 dollars per week additional seems to be proper under all the evidence.

Costs, including a counsel fee of fifty dollars ($50), will be allowed.